**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7488

DAVID LEE GARNER,

              Plaintiff - Appellant,

         v.

US DISTRICT COURT OF SC, District Columbia; US DISTRICT
COURT OF NORTHERN GEORGIA; US COURT OF APPEALS FOR THE 4TH
CIRCUIT,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(3:08-cv-03913-TLW)

Submitted:  December 15, 2009      Decided:  December 18, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Lee Garner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Garner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garner v. U.S. Dist. Ct. for SC, No. 3:08-cv-03913-TLW (D.S.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED